UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAHE DERMESROBIAN,<br><br>          Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, WARDEN,<br><br>          Respondent. | CASE NO. CV 15-7687-FMO (JCG)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE, AND DENYING CERTIFICATE OF APPEALABILITY |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected. The Court accepts the Report and adopts the findings, conclusions, and recommendations of the Magistrate Judge.[1]

---

[1] In lieu of objections, on December 30, 2016, Petitioner filed a request to stay the Petition while he returned to state court to exhaust additional, unspecified, claims. (Doc. No. 12.) The stay request is denied because any new claims would clearly be untimely. Petitioner's conviction became final on January 13, 2015, 90 days after the California Supreme Court denied his petition for review on October 15, 2014. *See Patterson v. Stewart*, 251 F.3d 1243, 1246 (9th Cir. 2001). Petitioner's filing of the instant Petition on September 30, 2015 did not toll the statute of limitations, *see Duncan v. Walker*, 533 U.S. 167, 181-82 (2001), which, therefore, expired on January 13, 2016.

| 1 | Further, for the reasons stated in the Report and
| 2 | Recommendation, the Court finds that Petitioner has not made a
| 3 | substantial showing of the denial of a constitutional right and,
| 4 | therefore, a certificate of appealability is denied.  *See* 28 U.S.C.
| 5 | § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
| 6 | 322, 336 (2003).

DATED: May 11, 2018

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\~4589671.wpd

---

Further, a review of the state appellate website, at appellatecases.courtinfo.ca.gov, reveals that Petitioner has not filed a petition in state court since filing his request for a stay.